FILED

11/16/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0419

IN THE SUPREME COURT OF THE STATE OF MONTANA
CAUSE NO. DA 20-0419

_____

SOMERS PROPERTY, LLC.,
*Petitioners/Appellant,*

v.

SOMERS COUNTY WATER AND/OR SDEWER DISTRICT
*Respondent/Appellee,*

_____

On Appeal from the Montana First Judicial District Court, Flathead County
Honorable Heidi Ulbricht, Presiding
Cause No. DDV-2019-738C

_____

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF**

_____

Upon consideration of Appellant Somers Property, LLC, having filed an

Unopposed for 30-day Extension to file Appellant's Brief pursuant to M. R. App. P.

26(2), and good cause appearing therefor;

IT IS HEREBY ORDERED that the Appellant's motion is granted for a 30-day

extension of time within which to file Appellant's brief through and including December

24, 2020.

Electronically signed and dated below.

**ORDER GRANTING UNOPPOSED MOTION
EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
November 16 2020